IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| JOSEPH PEPE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-1425 (RDA/IDD) |
| | ) | |
| CARE WELLNESS LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter comes before the Court upon the Report and Recommendation ("Recommendation"), Dkt. 21, issued by U.S. Magistrate Judge Ivan D. Davis on July 31, 2026, as well as Plaintiffs' Motion for Default Judgment, Dkt. 13. Judge Davis recommends that the Court grant the Motion and enter default judgment in favor of Plaintiffs Joseph and Matthew Pepe and against Defendant CARE Wellness LLC as to Count I of the Complaint. Dkt. 21. Judge Davis further recommends that the Court award Plaintiffs a mandatory injunction compelling Defendant to release Plaintiffs from the Cryo Guarantees, and monetary damages against Defendant in the amount of $603,070.68, plus attorney's fees and costs in the amount of $80,523.50, for a total judgment amount of $683,594.18, with interest accruing until the judgment is paid. *Id.* Objections to the Recommendation were due on Friday, August 14, 2026. To date, no objections have been filed.

After reviewing the record and Magistrate Judge Davis's Recommendation, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Recommendation (Dkt. 21). Accordingly, it is hereby

ORDERED that Plaintiffs' Motion for Default Judgment (Dkt. 13) is GRANTED; and it is

FURTHER ORDERED that Defendant is DIRECTED to release Plaintiffs from the Cryo Guarantees; and it is

FURTHER ORDERED that monetary damages are AWARDED to Plaintiffs against Defendant in the amount of $603,070.68, plus attorney's fees and costs in the amount of $80,523.50, for a total judgment amount of $683,594.18, with interest accruing until the judgment is paid.

The Clerk is directed to enter judgment in favor of Plaintiffs and against Defendant pursuant to Federal Rule of Civil Procedure 55 as to Count I in accordance with this Order.

The Clerk is further directed to forward copies of this Order to counsel of record and place this matter among the ended causes.

It is SO ORDERED.

Alexandria, Virginia
August 26, 2026

/s/
Rossie D. Alston, Jr.
United States District Judge

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").